THE CITY OF BROOKLYN, Respondent, *v.* CATHARINE I. MACKAY et al., Appellants.

*City of Brooklyn* v. *Mackay*, 13 App. Div. 105, appeal dismissed.
(Argued March 15, 1897; decided April 20, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1897, which affirmed a judgment and order of Special Term appointing commissioners in condemnation proceedings.

*James C. Church* for appellants.

*Jesse Johnson* for respondent.

Appeal dismissed upon the ground that the order is not final, with costs; no opinion.
All concur.

---

CHARLES W. DENIKE, Appellant, *v.* HENRY P. DE GRAAF, Respondent.

*Denike* v. *De Graaf*, 87 Hun, 61, affirmed.
(Argued March 16, 1897; decided April 20, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered May 25, 1895, which reversed a judgment in favor of plaintiff entered upon a verdict and dismissed the complaint.

*H. J. Morris*, for appellant.

*James M. Fisk* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.